Al Lustgarten, Bar #189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866 (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC )
       Plaintiff,   vs. )
                                 ) Case No.: 2:11-CV-05254-WDK-FMO
NYLAH KAY EDGEMAN, et al, )
                                 ) **RENEWAL OF JUDGMENT BY CLERK**
       Defendant, )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc and against Defendant, Nylah Kay Edgeman, an individual d/b/a Casa Roma, entered on September 13, 2012, be and the same is hereby renewed in the amounts as set forth below:

    Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 2,180.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | $ | **2,180.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | **2,180.00** |
| f. | Interest after judgment(.17%) | $ | 36.48 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **2,216.48** |

Dated: __July 19, 2022__     CLERK, by _Sharon HallBrown_____
                                                     Kirk K. Gray
                                                     Clerk of U.S. District Court